UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JASMINE C. JONES,
      Claimant,

  -against-                08 civ 3240 (JGK)

                     ORDER

Commissioner of Social Security,
      Respondent.
-----------------------------------------------------------X

  The Court is filing a copy of the civil cover sheet and the original Documents 1 and 2 under seal based on the disclosure of the claimant's social security number..

  The claimant shall file a redacted copy of Documents 1 and 2 with the Clerk, with a redacted cover sheet, and file courtesy copies with the Court.

SO ORDERED.

Dated: New York, New York
    April 25, 2008

                      JOHN G. KOELTL
                   UNITED STATES DISTRICT JUDGE