MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax. (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
JACQUELINE GREEN o/b/o        :
JASMINE C. JONES,             :
                              :
            Plaintiff,        :
                              :
       - v. -                 :
                              :    STIPULATION AND ORDER
MICHAEL J. ASTRUE,            :    08 Civ. 3240 (JGK)
Commissioner of               :
Social Security,              :
                              :
            Defendant.        :
                              :
- - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from June 9, 2008 to and including August 8, 2008.  The reason for the request is that the

administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
       May 13, 2008

                        NEW YORK LEGAL ASSISTANCE
                          GROUP
                        Attorneys for Plaintiff

By: _____
    KEVIN KENNEALLY, ESQ.
    YISROEL SCHULMAN, ESQ.
    450 West 33rd Street - 11th Floor
    New York, New York  10001-2603
    Telephone No.: (212) 613-5081

    MICHAEL J. GARCIA
    United States Attorney
    Southern District of New York
    Attorney for Defendant

By: Susan C. Branagan
    SUSAN C. BRANAGAN
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-2804
    Susan.Branagan@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE