ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
JACQUELINE GREEN o/b/o
JASMINE C. JONES,

               Plaintiff,

      - v. -                 STIPULATION AND ORDER
                               OF REMAND

MICHAEL J. ASTRUE,
Commissioner of               08 Civ. 3240 (JGK)
Social Security,

               Defendant.
- - - - - - - - - - - - - - - - - x

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
July 31, 2008

                        NEW YORK LEGAL ASSISTANCE GROUP
                        Attorneys for Plaintiff

By: *[signature]*
KEVIN KENNEALLY, ESQ.
YISROEL SCHULMAN, ESQ.
450 West 33rd Street - 11th Floor
New York, New York 10001-2603
Telephone No.: (212) 613-5081

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *[signature]* Susan C. Branagan
SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-2804
Susan.Branagan@usdoj.gov

SO ORDERED:

*[signature]*
UNITED STATES DISTRICT JUDGE
8/17/08